# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>$13,064.93 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant. | 2:10-CV-564 JCM (PAL) |

## ORDER

Presently before the court is the government's motion for clerk's entry of default. (Doc. #20). The present case has been closed due to this court's granting of the stipulated settlement agreement and entry of judgment of forfeiture. (Doc. #19). Accordingly, this court does not find it appropriate to enter default.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion for entry of default (doc. #20) be, and the same hereby is, DENIED.

DATED February 9, 2012.

　　　　　　　　　　　　　　　　　　　　_James C. Mahan_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**