# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$13,064.93 IN UNITED STATES CURRENCY,

       Defendant.

2:10-CV-564 JCM (PAL)

## ORDER

Presently before the court is the government's motion for clerk's entry of default. (Doc. #20). The present case has been closed due to this court's granting of the stipulated settlement agreement and entry of judgment of forfeiture. (Doc. #19). Accordingly, this court does not find it appropriate to enter default.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion for entry of default (doc. #20) be, and the same hereby is, DENIED.

DATED February 9, 2012.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**